01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

07

AT SEATTLE

08  UNITED STATES OF AMERICA,    **)**
    **)**  CASE NO. MJ21-512
09      Plaintiff,    **)**
    **)**
10      v.    **)**
    **)**  DETENTION ORDER
11  COLTER O'DELL    **)**
    **)**
12      Defendant.    **)**
_____ **)**

13
14

<u>Offense charged</u>:    Assault by Striking, Beating, or Wounding

15

<u>Date of Detention Hearing</u>:    September 14, 2021.

16
17

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19

that no condition or combination of conditions which defendant can meet will reasonably assure

20

the appearance of defendant as required and the safety of other persons and the community.

21

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22

    1.    Defendant is charged with committing an assault on another inmate while

DETENTION ORDER
PAGE -1

01   detained in the Federal Detention Center in SeaTac, Washington, where he is detained pursuant

02   to an order issued from the District of Alaska for pending case No. CR19-026. Defendant was

03   not interviewed by Pretrial Services. Defendant does not contest detention.

04         2.     Defendant poses a risk of nonappearance based on unknown background

05   information, participation in criminal activity while on probation, prior attempts to evade law

06   enforcement, prior revocations of probation, and a history of failures to appear.   Defendant

07   poses a risk of danger based on possible gang association, criminal history, the nature of the

08   charges, and unknown background information.

09         3.     There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the

11   danger to other persons or the community.

12   It is therefore ORDERED:

13   1.   Defendant shall be detained pending trial, and committed to the custody of the Attorney

14       General for confinement in a correction facility;

15   2.   Defendant shall be afforded reasonable opportunity for private consultation with

16       counsel;

17   3.   On order of the United States or on request of an attorney for the Government, the person

18       in charge of the corrections facility in which defendant is confined shall deliver the

19       defendant to a United States Marshal for the purpose of an appearance in connection

20       with a court proceeding; and

21   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22       for the defendant, to the United States Marshal, and to the United State Probation

DETENTION ORDER
PAGE -2

01          Services Officer.

02      DATED this 14th day of September, 2021.

03

04                                              _____
                                                Mary Alice Theiler
05                                              United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3